COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-286-CV

 

IN RE BOTTLING GROUP,
L.L.C.                                              RELATORS

D/B/A PEPSI BOTTLING GROUP OR 

PEPSI‑COLA BOTTLING GROUP AND 

NEW BERN TRANSPORT CORP, 

F/K/A NB TRANSPORT, INC.

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and motion for emergency stay and is of the
opinion that relief should be denied. 
Accordingly, relators=
petition for writ of mandamus and motion for emergency stay are denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL A:   DAUPHINOT, J.; CAYCE,
C.J.; and MCCOY, J.

 








DELIVERED: August 25, 2006











    [1]See
Tex. R. App. P. 47.4.